## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Mees v. Buiter                                          Docket No.: 14-1866

Lead Counsel of Record (name/firm) or Pro se Party (name): Olav A. Haazen/Boies, Schiller & Flexner LLP

Appearance for (party/designation): Heleen Mees

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[ ] Correct
[✓] Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect.  The following parties do not wish to participate in this appeal:
   Parties: _____
[ ] Incorrect.  Please change the following parties' designations:
   Party                        Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____  Fax: _____
Email: _____

## RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously.  The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on May 16, 2013 _____ OR that (  ) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Olav A. Haazen
Type or Print Name: Olav A. Haazen
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.

Corrected Caption:

Heleen MEES,

        Applicant-Appellant,

v.                                    No.  14-1866

Willem H. BUITER,

        Respondent-Appellee